# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157487(85)


RAFAEL GONZALEZ,
      Plaintiff/Counter-Defendant-
      Appellee,

and

KANDIS PURDIE and RICKY RAINES, JR.,
      Plaintiffs-Appellees,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant/Counter-Plaintiff-
      Appellant,

and

CRYSTAL CHANTAL BURNS,
      Defendant.

_____/

SC: 157487
COA: 331956
Wayne CC: 15-000130-NI

On order of the Chief Justice, the motion of defendant/counter-plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before June 13, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2018



Clerk